```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-16-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYED MUMTAZ, et al.,

      Plaintiffs,

  - against -

PAKISTAN INTERNATIONAL AIRLINES, et al.,

      Defendants.

ORDER

08 Civ. 1586 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

 Following a conference with the Court on May 13, 2008,

 **IT IS HEREBY ORDERED** that all discovery shall close in this case on **July 31, 2008.**

**SO ORDERED** this 16th day of May 2008
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge