## PROSKAUER ROSE LLP

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

**Michael J. Lebowich**
Member of the Firm

Direct Dial 212.969.3217
mlebowich@proskauer.com

July 24, 2008

JUL 25 2008

**BY UPS NEXT DAY AIR**

Hon. Ronald L. Ellis
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-08

Re:  *Syed Mumtaz, et al. v. Pakistan International Airlines, et al.*
     *Civil Action No. 08 Civ. 1586 (BSJ)(RLE)*

Dear Judge Ellis:

We represent Defendants Pakistan International Airlines, Rashid Farookee, Rehan Ali, Arbab Habatullah, and Haider Ali (collectively "Defendants") in the above-referenced matter. We write to request an extension of the date set by the Court for the end of discovery in this case, which is now scheduled as July 31, 2008.

The July 31 date was set in anticipation of a ruling on Defendants' motion to dismiss the Complaint, which was fully submitted before Judge Barbara Jones on May 12, 2008. Judge Jones, however, has not yet issued a decision with respect to Defendants' motion to dismiss. In addition, the parties are now engaged in settlement discussions that may be able to resolve the case.

In light of our pending motion to dismiss, we respectfully request that the date for discovery to end in this matter be extended from July 31, 2008 to 60 days after Judge Jones issues a ruling with respect to Defendants' motion to dismiss. This is the first request for an extension of the discovery closure date.

We have attempted to contact all of the *pro se* plaintiffs with respect to our request at the telephone numbers listed on the Complaint. Unfortunately, we have only received a response from Plaintiff Syed Mumtaz, who is willing to consent only to a one-month extension of the discovery deadline.

**PROSKAUER ROSE LLP**

Hon. Ronald L. Ellis
July 24, 2008
Page 2

Respectfully submitted,

*[signature]*

Michael J. Lebowich

cc:  Mr. Syed Mumtaz
     Mr. Abdul S. Baig
     Mr. Qamar Doja
     Mr. Gilbert Ruiz

> 30 days after decision
> by Judge Jones
>
> **SO ORDERED**
>
> *[signature]* 7-29-08
> MAGISTRATE JUDGE RONALD L. ELLIS